```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 17852
    TOMMIE CLEVELAND
    SHIRLEY A CLEVELAND                         CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-3439     SSN XXX-XX-3553

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/06/2004 and was confirmed 08/30/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.00%.

     The case was paid in full 05/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  CURRENT MORTG           .00           .00             .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE      11294.87           .00        11294.87
MARQUETTE NATIONAL BANK   MORTGAGE ARRE       4599.73           .00         4599.73
MARQUETTE NATIONAL BANK   CURRENT MORTG           .00           .00             .00
CAPITAL ONE AUTO FINANCE  SECURED            20300.00       2224.96        20300.00
GREAT AMERICAN FINANCE    SECURED             1500.00        164.42         1500.00
ARONSON FURNITURE         SECURED              150.00           .00          150.00
CREDIT ACCEPTANCE CORP    SECURED             3436.32        489.91         3436.32
THRIFT SAVINGS PLAN SVC   SECURED              958.40           .00          958.40
VASCULAR SURGERY          UNSECURED            250.00           .00           35.00
SOUTH SUBURBAN HOSPITAL   UNSECURED         NOT FILED           .00             .00
KIRSCHNER VISION GROUP    UNSECURED         NOT FILED           .00             .00
VILLAGE OF OLYMPIA FIELD  UNSECURED         NOT FILED           .00             .00
MRI MIDWEST MEDICAL IMAG  UNSECURED         NOT FILED           .00             .00
CARDIOLOGY DIAGNOSTIC SE  UNSECURED         NOT FILED           .00             .00
INGALLS HOSPITAL          UNSECURED         NOT FILED           .00             .00
RADIOLOGY IMAGING CONSUL  UNSECURED         NOT FILED           .00             .00
TINLEY PARK ORTHODONTIC   UNSECURED         NOT FILED           .00             .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED           .00             .00
NICOR GAS                 UNSECURED            409.59           .00           57.34
LASALLE BANK DEPT 8217    UNSECURED         NOT FILED           .00             .00
DIRECT TV                 UNSECURED         NOT FILED           .00             .00
CBE GROUP                 NOTICE ONLY       NOT FILED           .00             .00
AMERICASH LOANS LLC       UNSECURED            646.91           .00           90.57
INSTANT CASH ADVANCE      UNSECURED         NOT FILED           .00             .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED           .00             .00
CAPITAL ONE AUTO FINANCE  UNSECURED           5611.16           .00          785.56
PAYDAY LOAN STORE         UNSECURED         NOT FILED           .00             .00
ARONSON FURNITURE         UNSECURED            631.78           .00           88.45
GREAT AMERICAN FINANCE    UNSECURED            482.48           .00           67.55
AMERICASH LOANS LLC       UNSECURED           1969.27           .00          275.70
AMERICASH LOANS LLC       UNSECURED           1345.24           .00          188.33

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 17852 TOMMIE CLEVELAND & SHIRLEY A CLEVELAND
```

```
AMERICASH LOANS LLC        UNSECURED              .00            .00            .00
CREDIT ACCEPTANCE CORP     UNSECURED          3393.68            .00         475.12
CAPITAL ONE BANK           UNSECURED           982.29            .00         137.52
WELLS FARGO HOME MORTGAG   COST OF COLLE       300.00            .00         300.00
WELLS FARGO HOME MORTGAG   COST OF COLLE       150.00            .00         150.00
MARQUETTE NATIONAL BANK    SECURED NOT I     11285.00            .00            .00
RONALD B LORSCH            DEBTOR ATTY       2,503.40                      2,503.40
TOM VAUGHN                 TRUSTEE                                         2,982.64
DEBTOR REFUND              REFUND                                            935.21

       Summary of Receipts and Disbursements:
 -------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
 -------------------------------------------------------------------------
TRUSTEE                   54,191.00

PRIORITY                                              .00
SECURED                                         42,689.32
    INTEREST                                     2,879.29
UNSECURED                                        2,201.14
ADMINISTRATIVE                                   2,503.40
TRUSTEE COMPENSATION                             2,982.64
DEBTOR REFUND                                      935.21
                         ---------------   ---------------
TOTALS                    54,191.00             54,191.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 08/27/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE